IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN CROSLEY,

        Plaintiff,                   No. C 04-03780 SBA

  v.                              **ORDER OF DISMISSAL**

HARTFORD CASUALTY,

        Defendant.

_____/

      This matter was removed to this Court on September 18, 2004. In order to move the case along, it has been set for Case Management Conferences on two occasions. On both occasions  plaintiff has requested that the Court continue the Case Management Conference. On April 18, 2005 plaintiff filed with this court a declaration of Timothy K. Wilken, M.D., his treating physician in which Dr. Wilken declares, in pertinent part,

      "Mr. Crosley reasonably could not have participated in court or litigation-related functions beginning from a period starting March 22, 2005 and should be excused from any failure to engage in any litigation-related activity from that period through the end of  his expected period of disability and until I release him from treatment for this condition."

      There being nothing for the Court to decide and given plaintiff's unavailability to proceed with this action at this time, Accordingly,

      IT IS HEREBY ORDERED that this case is DISMISSED WITHOUT PREJUDICE TO BEING REOPENED when plaintiff's doctor has released him from  treatment for his condition and/or  plaintiff is prepared to proceed with this litigation. At that time plaintiff shall make a written application to this Court to have this matter reopened and restored to the active civil calendar.

      IT IS SO ORDERED.

                                    _s/Saundra Brown Armstrong_____

Dated: 4/21/05                      SAUNDRA BROWN ARMSTRONG
                                  United States District Judge

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28